```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| **JENNIFER R. DAVIS,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 21-00193-B |
| | * |
| **KILOLO KIJAKAZI,** | * |
| **Acting Commissioner of Social** | * |
| **Security,** | * |
| | * |
|     Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

**DONE** this **30th** day of **September, 2022.**

                                      **/s/ SONJA F. BIVINS**
                               **UNITED STATES MAGISTRATE JUDGE**